**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:25-cr-0080** |
| | ) | |
| **MASACA SACAMAY CREQUE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the Recalled United States Magistrate Judge entered on March 27, 2026, ECF No. 148, recommending that the Defendant's plea of guilty to Count One of the Indictment, Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C § 841(a)(1) and 846, and Count Two of the Indictment, Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 148, is **ADOPTED;** it is further

**ORDERED** that Defendant Masaca Sacamay Creque's plea of guilty as to Count One of the Indictment and Count Two of the Indictment, is **ACCEPTED**, and that Masaca Sacamay Creque is adjudged **GUILTY** on those counts; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

*United States v. Creque*
Case No. 3:25-cr-0080
Order
Page **2** of **2**

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than May 22, 2026;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than June 1, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than June 12, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda **no later than June 26, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **July 8, 2026, at 10:00 A.M.** in S. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.

**Dated:** April 20, 2026                    */s/ Robert A. Molloy*
                                             **ROBERT A. MOLLOY**
                                             **Chief Judge**